IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL Z. BROCHSTEIN, § § § | |
| VS. § | CIVIL ACTION NO. H-03-1843 |
| § § § | |
| UBS FINANCIAL SERVICES, INC. § AS SUCCESSOR IN INTEREST TO § PAINE WEBBER, INC., *et al.* § | |

**ORDER**

Petitioner Andrew B. Linbeck filed a petition to confirm the arbitration award rendered in *Paul Z. Brochstein v. UBS Financial Services, as successor in interest to Paine Webber, Inc., David A. Solomon and Andrew Linbeck, NASD Case No. 00-03498*. Although the file discloses service, no answers have been filed. Having considered the papers filed, this court determines that good cause exists to grant petitioner's motion to confirm the NASD arbitration award.

Accordingly, it is ordered that the award of the arbitrators rendered in the arbitration of *Paul Z. Brochstein v. UBS Financial Services, as successor in interest to Paine Webber, Inc., David A. Solomon and Andrew Linbeck, NASD No. 00-03498,* is confirmed in its entirety, including the arbitration panel recommendation that the action against petitioner Andrew B. Linbeck be expunged from his NASD

Central Registration Depository. It is further ordered that under NASD Notice to Members 99-09, NASD Regulation, the NASD must expunge all reference to the arbitration proceeding from Andrew B. Linbeck's registration records maintained by the NASD CRD.

      SIGNED on January 29, 2004, at Houston, Texas.

                                      Lee H. Rosenthal
                                  United States District Judge