IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 3 0 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PAUL Z. BROCHSTEIN, | § § § | |
| VS. | § § § | CIVIL ACTION NO. H-03-1843 |
| UBS FINANCIAL SERVICES, INC. AS SUCCESSOR IN INTEREST TO PAINE WEBBER, INC., *et al.* | § § § § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on January 29, 2004, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

4129 951P \CASES\2003\03-1843\final judgment.wpd